# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2002

Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TITUS, ROGER W | U.S. DISTRICT COURT, MARYLAND | 6/20/2003 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE-NOMINEE | ● Nomination. Date 6/18/2003 <br> ○ Initial ○ Annual ○ Final | 1/1/2002 to 6/1/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| VENABLE, BAETJER & HOWARD, LLP <br> ONE CHURCH STREET <br> ROCKVILLE, MD 20850 | Reviewing Officer_____  Date_____ |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | VICE PRESIDENT | PROPERTY OWNERS' ASSOCIATION OF DEEP CREEK LAKE, INC. |
| 2. | TREASURER | MONTGOMERY COUNTY CHAPTER, AMERICAN INNS OF COURT |
| 3. | PARTNER | VENABLE, BAETJER AND HOWARD, LLP |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1988 | VENABLE, BAETJER AND HOWARD, LLP RETIREMENT PLAN- NO CONTROL; WILL ROLLOVER TO IRA |
| 2. | | VENABLE, BAETJER AND HOWARD, LLP PARTNERSHIP CAPITAL ACCOUNT-NO CONTROL; PAYABLE IN NOT LESS THAN 5 NOR MORE THAN 10 YEARS, BUT USUALLY ACCELERATED |
| 3. | | VENABLE, BAETJER AND HOWARD, LLP-UNFUNDED RETIREMENT BENEFIT-NO CONTROL; PAYABLE IN 1 YEAR FOLLOWING RETIREMENT |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | VENABLE, BAETJER AND HOWARD, LLP | $166,300.00 |
| 2. | 2002 | VENABLE, BAETJER AND HOWARD, LLP | $667,835.00 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | VENABLE, BAETJER AND HOWARD, LLP | $166,300.00 |
| 2. | 2002 | VENABLE, BAETJER AND HOWARD, LLP | $667,835.00 |
| 3. | 2001 | VENABLE, BAETJER AND HOWARD, LLP | $662,415.00 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | VENABLE, BAETJER AND HOWARD, LLP | $166,300.00 |
| 2. | 2002 | VENABLE, BAETJER AND HOWARD, LLP | $667,835.00 |
| 3. | 2001 | VENABLE, BAETJER AND HOWARD, LLP | $662,415.00 |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | EXEMPT | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | EXEMPT | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☒ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | TITUS, ROGER W | 6/20/2003 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. CAPITAL ACCOUNT, VENABLE, BAETJER AND HOWARD, LLP | E | Interest | N | U | EXEMPT | | | | |
| 2. BANK OF AMERICA ACCOUNTS | A | Interest | M | T | EXEMPT | | | | |
| 3. CITIBANK ACCOUNTS | A | Interest | J | T | EXEMPT | | | | |
| 4. MERRILL LYNCH BANK USA ACCOUNT | A | Interest | K | T | EXEMPT | | | | |
| 5. TRUST # 1 | E | Interest | O | T | EXEMPT | | | | |
| 6. GDW COMMON STOCK | A | Dividend | K | T | EXEMPT | | | | |
| 7. HIFS COMMON STOCK | B | Dividend | M | T | EXEMPT | | | | |
| 8. SBC COMMON STOCK | B | Dividend | K | T | EXEMPT | | | | |
| 9. SEARS COMMON STOCK | A | Dividend | J | T | EXEMPT | | | | |
| 10. CMA TAX EXEMPT MUTUAL FUND | A | Dividend | L | T | EXEMPT | | | | |
| 11. PRWCX MUTUAL FUND | B | Dividend | L | T | EXEMPT | | | | |
| 12. PRSGX MUTUAL FUND | A | Dividend | L | T | EXEMPT | | | | |
| 13. TRVLX MUTUAL FUND | A | Dividend | L | T | EXEMPT | | | | |
| 14. SCUDDER TECHNOLOGY FUND A MUTUAL FUND | A | Distribution | J | T | EXEMPT | | | | |
| 15. HIFS COMMON STOCK IN IRA ACCOUNT | B | Dividend | L | T | EXEMPT | | | | |
| 16. MANU COMMON STOCK IN IRA | A | Dividend | J | T | EXEMPT | | | | |
| 17. BPUR COMMON STOCK IN IRA | A | Dividend | J | T | EXEMPT | | | | |

1. Income/Gain Codes: A = $1,000 or less B = $1,001-$2,500 C = $2,501-$5,000 D = $5,001-$15,000 E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000 G = $100,001-$1,000,000 H1 = $1,000,001-$5,000,000 H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less K = $15,001-$50,000 L = $50,001-$100,000 M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000 O = $500,001-$1,000,000 P1 = $1,000,001-$5,000,000 P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000 P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal R = Cost (Real Estate Only) S = Assessment T = Cash/Market
(See Column C2) U = Book Value V = Other W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. CGEN COMMON STOCK IN IRA | A | Dividend | J | T | EXEMPT | | | | |
| 19. WSHBX MUTUAL FUND IN IRA | A | Dividend | K | T | EXEMPT | | | | |
| 20. PRRXX MUTUAL FUND IN IRA | D | Dividend | N | T | EXEMPT | | | | |
| 21. PRTXX MUTUAL FUND IN IRA | C | Dividend | M | T | EXEMPT | | | | |
| 22. PRWCX MUTUAL FUND IN IRA | C | Dividend | M | T | EXEMPT | | | | |
| 23. TWCGX MUTUAL FUND IN IRA | A | Dividend | J | T | EXEMPT | | | | |
| 24. TWCIX MUTUAL FUND IN IRA | A | Dividend | K | T | EXEMPT | | | | |
| 25. TWCUX MUTUAL FUND IN IRA | A | Dividend | K | T | EXEMPT | | | | |
| 26. LVMTX MUTUAL FUND IN IRA | A | Dividend | L | T | EXEMPT | | | | |
| 27. VFINX MUTUAL FUND IN IRA | A | Dividend | L | T | EXEMPT | | | | |
| 28. VANTAGEPOINT ASSET ALLOCATION MUTUAL FUND IN DEFERRED COMP | B | Dividend | L | T | EXEMPT | | | | |
| 29. VANTAGEPOINT GROWTH MUTUAL FUND IN DEFERRED COMP PLAN | B | Dividend | L | T | EXEMPT | | | | |
| 30. VANTAGEPOINT GROWTH & INCOME MUTUAL FUND IN DEFERRED COMP PL | B | Dividend | L | T | EXEMPT | | | | |
| 31. VT FIDELITY CONTRAFUND MUTUAL FUND IN DEFERRED COMP PLAN | B | Dividend | L | T | EXEMPT | | | | |
| 32. OAKMARK SELECT I MUTUAL FUND IN RETIREMENT PLAN | A | Dividend | K | T | EXEMPT | | | | |
| 33. MERCANTILE GROWTH & INCOME I MUTUAL FUND IN RETIREMENT PLAN | C | Dividend | M | T | EXEMPT | | | | |
| 34. BARCLAYS GLOBAL INVESTORS LP MUTUAL FUND IN RETIREMENT PLAN | A | Dividend | M | T | EXEMPT | | | | |
| 35. PIMCO TOTAL RETURN MUTUAL FUND IN RETIREMENT PLAN | A | Dividend | M | T | EXEMPT | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 36. T. ROWE PRICE LIMITED TERM BOND FUND IN LIFE INS. POLICY | A | Dividend | K | T | EXEMPT | | | | |
| 37. PUTNAM INCOME FUND IN LIFE INS. POLICY | A | Dividend | K | T | EXEMPT | | | | |
| 38. T. ROWE PRICE PERSONAL STRAT. BAL. FUND IN LIFE INS. POLICY | A | Dividend | K | T | EXEMPT | | | | |
| 39. FIDELITY CONTRAFUND FUND IN LIFE INS. POLICY | A | Dividend | K | T | EXEMPT | | | | |
| 40. FIDELITY EQUITY INCOME FUND IN LIFE INS. POLICY | A | Dividend | K | T | EXEMPT | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TITUS, ROGER W | 6/5/2003 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | TITUS, ROGER W | 6/20/2003 |

# IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date June 20, 2003

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 207 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities-add schedule | | | | Notes payable to banks-unsecured | | | |
| Listed securities-add schedule | 1 | 445 | 544 | Notes payable to relatives | | | |
| Unlisted securities--add schedule | | | 250 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable-add schedule | | 499 | 500 |
| Real estate owned-add schedule | 1 | 675 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | 188 | 824 |
| Autos and other personal property | | 50 | 000 | | | | |
| Cash value-life insurance | | 111 | 590 | | | | |
| Other assets itemize: | 1 | 258 | 229 | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 688 | 324 |
| | | | | Net Worth | 4 | 059 | 289 |
| Total Assets | 4 | 747 | 613 | Total liabilities and net worth | 4 | 747 | 613 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule)   NO | | | |
| On leases or contracts | | | 0 | Are you defendant in any suits or legal actions?   NO | | | |
| Legal Claims | | | 0 | Have you ever taken bankruptcy?  NO | | | |
| Provision for Federal Income Tax | | | 0 | | | | |
| Other special debt | | | 0 | | | | |